

USA NO. 1999Z00839

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0079 |
| **SYLVIA BOATNER** | * | SECTION: "LLM" (2) |

\* \* \*

### MOTION FOR ENTRY OF DEFAULT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against Sylvia Boatner due to her failure to plead or otherwise defend as set forth below.

1. On January 13, 2000, a Notice of Lawsuit and Request for Waiver of Service for Summons, a Waiver of Service of Summons and a copy of the complaint were mailed to the defendant. On January 19, 2000, the Waiver of Service of Summons was filed in this court.





2. More than 60 days have elapsed since the defendant was mailed the above-referenced documents, and the defendant has not filed an answer or other responsive pleading.

Accordingly, a default should be entered against Sylvia Boatner due to her failure to plead or otherwise defend.

>Respectfully submitted,
>
>EDDIE J. JORDAN, JR.
>UNITED STATES ATTORNEY
>
>_____
>ENEID A. FRANCIS
>Assistant United States Attorney
>Bar Roll No. 5816
>Hale Boggs Federal Building
>501 Magazine Street, 2nd Floor
>New Orleans, Louisiana 70130
>Telephone: (504) 680-3060

- 2 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0079 |
| SYLVIA BOATNER | * | SECTION: "LLM" (2) |
| * * * | | |

### D E C L A R A T I O N

I, ENEID A. FRANCIS, do declare and state that:

1. I am an Assistant United States Attorney for the Eastern District of Louisiana.

2. I am the attorney of record for the United States of America in the above-captioned action.

3. Defendant was mailed a Notice of Lawsuit and Request for Waiver of Service for Summons, a Waiver of Service of Summons and a copy of the complaint on January 13, 2000. On January 19, 2000, the Waiver of Service of Summons was filed in this court.

4. More than 60 days have elapsed since the date on which the defendant was mailed the above-referenced documents, and defendant has not filed an answer or other responsive pleading.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana, this 15th day of March, 2000.

_____
ENEID A. FRANCIS
Assistant U.S. Attorney
Bar Roll No. 5816

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0079 |
| **SYLVIA BOATNER** | * | SECTION: "LLM" (2) |
| * | * * | * |

## O R D E R

IT IS HEREBY ORDERED that a default be entered against Sylvia Boatner due to her failure to plead or otherwise defend.

New Orleans, Louisiana, this 20th day of March, 2000.

_____
LORETTA G. WHYTE, Clerk
CLERK, UNITED STATES DISTRICT COURT
by Eileen Stensrud
Deputy Clerk