UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0079 |
| SYLVIA BOATNER | * | SECTION: "LLM"(2) |

* * *

## J U D G M E N T

Defendant, Sylvia Boatner, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Sylvia Boatner according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Sylvia Boatner in the sum of $3,760.04, plus interest accruing on the principal amount at the rate of 8 percent per annum or at the daily rate of $0.57 from December 6, 1999, to date of judgment, interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this 20th day of March, 2000.

DATE OF ENTRY
MAR 20 2000

LORETTA G. WHYTE, Clerk
CLERK, UNITED STATES DISTRICT COURT