

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -8 P 3: 58

LORETTA G. WHYTE

USAO No. 1999Z00839

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CIVIL ACTION |
|---|---|---|
| Plaintiff, | * | NO. 00-0079 |
| v. | * | SECTION: "LLM"(2) |
| SYLVIA BOATNER | * | |
| Defendant. | * | |

\* \* \*

### MOTION AND ORDER TO EXAMINE JUDGMENT DEBTOR

NOW INTO COURT comes the United States of America, by and through the undersigned Assistant United States Attorney, who respectfully represents:

I.

The United States of America is a judgment creditor of Sylvia Boatner, defendant, for the sum of $3,760.04, plus interest accruing on the principal amount at the rate of 8 percent pe annum or at the daily rate of $0.57 from December 6, 1999, to date of judgment; interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding. As of this date, the outstanding balance is $3,840.16.

DATE OF ENTRY
MAY 1 6 2000

.

II.

The United States of America desires to examine Sylvia Boatner, pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, et seq., Rule 69, Federal Rules of Civil Procedure, and Articles 2451-2456, Louisiana Code of Civil Procedure, about all matters pertaining to her estate or property.

WHEREFORE, the United States of America moves that it be permitted to examine Sylvia Boatner, Judgment Debtor, at the time and place to be fixed by the Court.

> Respectfully submitted,
>
> EDDIE J. JORDAN, JR.
> UNITED STATES ATTORNEY
>
> _____
> ENEID A. FRANCIS (5816)
> Assistant United States Attorney
> Hale Boggs Federal Building
> 501 Magazine Street, Second Floor
> New Orleans, Louisiana  70130
> Telephone:  (504) 680-3060

LIST OF ITEMS TO BE ATTACHED TO FINANCIAL STATEMENT

1. Earnings statements from paychecks for the last two months.

2. Business records for the present year and past calendar year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.

3. Bank statements for the past 12 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you, or your spouse, own any interest, has an account of any kind.

4. Bank statements for the past 12 months from all banks, or other financial institutions, where you, or your spouse, has an account of any kind.

5. All trust agreements in which you, or your spouse, are named trustor, trustee or beneficiary.

6. All deeds, leases, contracts, and other documents representing any ownership interest you, or your spouse, has in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

7. All stocks, bonds, or other securities of any class you may own, separately or jointly with others, including options to purchase any securities.

8. Titles to all motor vehicles owned by you or your spouse.

9. All life insurance policies in which you are either the insured or the beneficiary.

10. All promissory notes held by you, and all other documents evidencing any money owed to you, now or in the future.

11. All financial statements furnished by you with the past five years.

12. All deeds, bills of sale, or other documents prepared in connection with any transfer made by you, either by gift, sale or otherwise within the last five years.

13. A schedule of all your regular expenses, such as installment of debts, food, utilities, etc. Include the amount paid, the payee, and, if an installment debt, the amount of debt owing and any security pledged.

14. All documents evidencing any interest you have in any pension plan, retirement fund, or profit-sharing plan.

15. All records pertaining to your assets and finances.

16. Copies of income tax returns for the past three years.

17. All records of any unincorporated business of which you are an owner or part-owner, or have been an owner within the past three years.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0079 |
| v. | * | SECTION: "LLM"(2) |
| SYLVIA BOATNER | * | |
| Defendant. | * | |

\* \* \*

O R D E R

IT IS ORDERED that Sylvia Boatner appear before <u>Magistrate Judge Louis Moore, Jr.</u>, on the 14th day of June, 2000, at <u>11:00 a.m.</u>, in the Hale Boggs Federal Building, Room No. <u>B-407</u>, 501 Magazine Street to be examined as a judgment debtor.

FAILURE TO APPEAR MAY SUBJECT JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.

New Orleans, Louisiana, this 15th day of May, 2000.

_____
UNITED STATES MAGISTRATE JUDGE