


**MINUTE ENTRY**
**MOORE, M.J.**
**June 14, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0079** |
| **SYLVIA BOATNER** | * | **SECTION: "LLM"(2)** |

### HEARING ON MOTIONS

APPEARANCE(S): Ms. Kandace Zelaya, Assistant United States Attorney for the Government

Sylvia Boatner, In Proper Person

MOTION(S):

(1)  MOTION AND ORDER TO EXAMINE JUDGMENT DEBTOR

### ORDERED

The judgment debtor was sworn before the court. Thereafter, Ms. Boatner was ordered to appear before the Assistant U.S. Attorney or members of her staff to conduct the judgment debtor examination. Subsequently, Ms. Joan Holub, Paralegal Specialist from the U. S. Attorney's Office informed the court that the judgment debtor examination has been **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
JUN 1 5 2000