



**MINUTE ENTRY**
**MOORE, M.J.**
**November 13, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0079** |
| **SYLVIA BOATNER** | * | **SECTION: "LLM"** |

### HEARING ON MOTIONS

**APPEARANCE(S):** VIA TELEPHONE: Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office

**MOTION(S):**

(1) MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office called this day to inform the court that the judgment debtor, Sylvia Boatner, has sent in the requested financial information. Subsequently, Ms. Alford indicated that the judgment debtor examination scheduled for Wednesday, November 21, 2001, at 11:00 a.m. is deemed **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
NOV 13 2001