**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

*Financial Litigation Unit*

*Hale Boggs Federal Building*
*501 Magazine Street, Second Floor*
*New Orleans, LA 70130*

*Telephone. (504) 680-3000*
*Fax: (504) 589-3602*

February 14, 2002

Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

      Re:  United States v. Sylvia Boatner
           Civil Action No. 00-0079 LLM

Dear Mrs. Whyte:

      The judgment rendered against the defendant in the above-referenced case has been satisfied. Please mark the docket sheet "satisfied" and provide this office with two Satisfaction of Judgment forms.

      Your assistance is appreciated.

                          Very truly yours,

                          JIM LETTEN
                          UNITED STATES ATTORNEY

                          ENEID A. FRANCIS
                          Assistant United States Attorney
                          Chief, Civil Division